## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

*filed 4/17/07*
*U.S.D.C.*
*11:41 A.M.*

**Name:**        Richard W Zenni          **Docket #:**     1:02CR00133

                                          **Judge:**        The Honorable Sandra S.

                                                            Beckwith

You have been ordered by the United States District Court to pay a special assessment of $___200_____,

restitution of $__1,978,207_____, and/or a fine of $_____, as a condition of your

supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount

of _$100 per month_, commencing _March 5, 2007_. This is based on recent and updated financial

information submitted to the probation office.

_____Melissa A. Miller_____          _____2/20/07_____
U. S. Probation Officer                      Date

**Order of the Court:** The Court orders minimum monthly payments of $*100-* to commence on

__*3/5/07*___ and to continue until the debt is satisfied or the Court alters the payment schedule.

_____*S. Beckwith*_____          _____*3/5/07*_____
Signature of Judicial Officer                      Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's
Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk,
U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the
payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary
penalties for payments that come past due as outlined in the attached General Instructions Regarding Special
Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined
above. I understand that failure to abide by this agreement could result in revocation of my supervision and
other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation
Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and
agreement.

_____          ___*3/14/07*___
Defendant                                      Date

____Melissa A. Miller____          ___*3/14/07*___
U.S. Probation Officer                      Date

Original: Probation file