IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

FILED
2008 JAN -2 AM 11: 41

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 1:02CR00133 |
| Richard W Zenni ) | |
| ) | |

**ORDER TERMINATING SUPERVISED RELEASE**

The above named was placed on Supervised Release on November 17, 2006 for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 20th day of December, 2007

_____
Chief United States District Judge